BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN BRAMER<br>xxx-xx-4133<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>Defendant. | Case No.   16-593 CKD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file his summary judgment motion is hereby extended from August 25, 2016, to September 23, 2016, with all other deadlines extended accordingly. This extension is required because counsel must brief an older case due the same day as Mr. Bramer's brief.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: August 23, 2016 | */s/Bess M. Brewer* |
| | BESS M. BREWER |
| | Attorney at Law |
| | |
| | Attorney for Plaintiff |

| | |
|---|---|
| Dated: August 23, 2016 | Phillip A. Talbert |
| | Acting United States Attorney |
| | |
| | Deborah Lee Stachel |
| | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |
| | |
| | /s/ Ben Porter |
| | BEN PORTER |
| | Special Assistant |
| | United States Attorney |
| | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:   August 24, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2