BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN BRAMER<br>xxx-xx-4133<br><br>     Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>     Defendant. | Case No.   16-593 CKD<br><br>STIPULATION AND<br>ORDER EXTENDING PLAINTIFF'S<br>TIME TO FILE SUMMARY<br>JUDGEMENT MOTION |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file his summary judgment motion is hereby extended from September 23, 2016, to October 14, 2016, with all other deadlines extended accordingly.  Counsel requires additional time to complete Mr. Bramer's brief due to the press of her caregiving duties.

/ / / /

/ / / /

/ / / /

1

Dated: September 23, 2016                 */s/Bess M. Brewer*
                                          BESS M. BREWER
                                          Attorney at Law

                                          Attorney for Plaintiff


Dated: September 23, 2016                 Phillip A. Talbert
                                          Acting United States Attorney

                                          Deborah Lee Stachel
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          /s/ Ben Porter
                                          BEN PORTER
                                          Special Assistant
                                          United States Attorney

                                          Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

Dated:   September 28, 2016

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE

2