BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN BRAMER<br>xxx-xx-4133<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>Defendant. | Case No.   16-593 CKD<br><br>STIPULATION AND<br>ORDER EXTENDING PLAINTIFF'S<br>TIME TO FILE SUMMARY<br>JUDGEMENT MOTION |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file his summary judgment motion is hereby extended to October 21, 2016, with all other deadlines extended accordingly.  Counsel requires additional time to complete Mr. Bramer's brief due to the press of her caregiving duties including two emergency room visits in the last five days.

/ / / /

/ / / /

/ / / /

1

Dated: October 18, 2016                /s/Bess M. Brewer
                                       BESS M. BREWER
                                       Attorney at Law

                                       Attorney for Plaintiff


Dated: October 18, 2016                Phillip A. Talbert
                                       Acting United States Attorney

                                       Deborah Lee Stachel
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                                       /s/ Ben Porter
                                       BEN PORTER
                                       Special Assistant
                                       United States Attorney

                                       Attorneys for Defendant


**ORDER**

It is so ordered.

Dated: October 21, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2